OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KEITH GAGE<br>Defendant. | **CRIMINAL COMPLAINT**<br><br>Case Number: 1:13-6120 LTS |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  **5/13 - 8/13** (Date) in **Bristol** County, in the ____ District of **Massachusetts** defendant(s) did,

(Track Statutory Language of Offense)
use any facility or means of interstate commerce, to knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, and attempted to do so.

in violation of Title **18** United States Code, Section(s) **2422(b)**.

I further state that I am a(n) **United States Postal Inspector** and that this complaint is based on the following facts:
Official Title

Please see attached Affidavit of United States Postal Inspector Michael J. Connelly

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Michael J. Connelly
Printed Name of Complainant

Sworn to before me and signed in my presence,

9/23/2013                      Boston, Massachusetts
Date                               City                      State

LEO T. SOROKIN        Chief, USMJ             _____
Name of Judge            Title of Judge             Signature of Judge