# AFFIDAVIT

I, Michael J. Connelly, being duly sworn, depose and state the following:

1.      I am a Postal Inspector with the United States Postal Inspection Service (USPIS) assigned to the Boston Division, in Boston, MA, having been so employed since 2007.  I am responsible for the investigation of federal criminal offenses involving the transportation, distribution, receipt, and sale of child pornography through United States mail, investigations involving child enticement and child coercion and am authorized to investigate violations of the law of the United States.  In my capacity as a Postal Inspector, I have directed, conducted, and participated in many investigations of criminal violations of various federal laws.  During the course of these investigations, I have executed or assisted in the execution of search and arrest warrants, interviewed witnesses, and conducted surveillance.  I have completed the USPIS Basic Inspector Training program in Potomac, Maryland, and have conducted and assisted in numerous investigations into the violation of both state and federal laws involving child pornography and other child sexual exploitation offenses.   I am also an affiliate member of the Rhode Island Internet Crimes Against Children (ICAC) Taskforce and routinely work with agents, troopers, and officers with dozens of years of experience investigating crimes involving the sexual exploitation of children.  I have received specialized training in the investigation of crimes involving the sexual exploitation of children by attending both seminars and courses.  I have investigated child pornography cases and related sexual offenses on a full time basis since approximately May 2011.

2.      I make this affidavit in support of an application for a criminal complaint against Keith Gage (GAGE), age 42, year of birth 1971, of Middleborough Massachusetts, charging GAGE with a violation 18 U.S.C. § 2422(b).  That statute makes it illegal for any person to use any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

3.       The information contained in this affidavit is based on an investigation conducted by this affiant and information obtained by this affiant from other law enforcement agents involved in this investigation.

4.      This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.  In submitting this affidavit, I have attempted to summarize the most relevant facts that establish the requisite probable cause.  Therefore, I have not included each and every fact of this investigation.  Additionally, where conversations or statements are related herein, they are set forth in substance and in pertinent part.

## BACKGROUND OF THE INVESTIGATION

5.      In August 2013, USPIS was contacted by the Massachusetts State Police and a local Police Department in the Commonwealth of Massachusetts for assistance with an investigation regarding the sexual exploitation, coercion, and enticement of a 14 year old girl (referred to herein as "minor victim").

6.      On August 24, 2013, the minor victim's parents and the minor went to the local police department in their town in the Commonwealth of Massachusetts to report, among other things, that the minor victim had been in contact with an adult man on the Internet and had been persuaded by him via text messages to engage in sexual intercourse. The minor victim stated that his name was Keith Gage and that she had sexual intercourse with him sometime in the past couple of months. Further investigation has revealed that GAGE is a 42 year old male.

7.      The minor victim described GAGE as a "thirty-something" white male and stated that he drives a pick up truck with some lettering on the door for a security system company. The minor victim also initially reported that GAGE traveled to a town in Massachusetts, picked her up late at night near her home and brought her to a residence she believed to be his sister's residence, which is near the city of Plymouth. The minor victim reported they had sexual intercourse.

## REVIEW OF THE MINOR VICTIM'S EMAIL

8.      On August 24, 2013, the minor victim's father and the minor victim provided law enforcement with consent to take over and view the contents of the minor victim's email accounts.

9.      A preliminary review of the victim's email contacts identified the following saved contact:

| Name | Details |
|------|---------|
| keithgage530 | keithgage530@msn.com |

10.     Law enforcement reviewed the following sample emails in reference to GAGE. On September 10, 2013, the minor victim's email account received an email from keithgage530@msn.com. The email was in response to several back and forth emails between August 29 and September 10, 2013, between the minor victim and GAGE. The September 10, 2013 email is as follows:

>    From:  keithgage530@msn.com
>    To:    victim
>
>    *Do u ever go on skype anymore?*

*Sent from my Samsung Galaxy S®4*

## PRELIMINARY CONSENT SEARCH OF THE MINOR VICTIM'S CELL PHONE

11.     During the August 2013 interview, the minor victim's father consented to a search of the cellular phone used by the minor victim.  Prior to the interview the father informed law enforcement that the minor victim's cellular phone had received a text message, on August 24, 2013, at 22:31, which read:

*Not meeting tonight?*

12.     The message was from a contact in the victim's phone, stored under the name "Katlyn".   Immediately preceding the above noted text message were two other texts received earlier on the night of August 24, 2013.  "Hi" was received at approximately 19:40 and "Whats up" was received at approximately 20:16.

13.     Law enforcement asked the victim who "Katlyn" was.  The minor victim responded that "Katlyn" was actually an individual Keith Gage of Brockton, MA, a man she met through the chat-site www.Teenspot.com.  Further investigation revealed that GAGE actually resides in the town of Middleborough, MA and not in Brockton.  When asked why the contact was labeled "Katlyn", the minor victim replied "because he told me to make him a girl's name, so it wouldn't look suspicious to (her) parents".

## REVIEW OF THE VICTIM'S CELL PHONE ACCOUNT

14.     In August 2013, law enforcement conducted a partial forensic review of the minor victim's cell phone account information supplied by the wireless cell phone provider.[1]

15.     The following is a sample of the SMS text messages between the minor victim and GAGE on May 25, 2013:

| Date – Time | Sender | Message |
| --- | --- | --- |
| 5/25/2013 09:52:42 | 5082164720 | Perfect<br>What do you want me to call you?<br>Your nickname?<br>Or real name? |
| 5/25/2013 09:53:35 | Victim | You can call me either one you like<br>Do you want me to call you keith? |
| 5/25/2013 09:54:29 | 5082164720 | Do you like calling me daddy? |
| 5/25/2013 09:54:47 | Victim | Idk really |

---

[1] Through my training and experience, I am aware that a mobile telephone carrier is a facility or means of interstate commerce.

| 5/25/2013 09:56:40 | 5082164720 | Ok |
| 5/25/2013 09:57:00 | Victim | But i do like keith |
| 5/25/2013 10:10:46 | 5082164720 | Ok<br>I like [minor victim] |

16.     Later that same afternoon, the minor victim and GAGE discussed meeting that evening:

| 5/25/2013 14:02:11 | 5082164720 | Yea<br>You wanna get dominated and forced dont you |
| 5/25/2013 14:02:30 | Victim | Yes, i do |
| 5/25/2013 14:03:12 | 5082164720 | :) |

17.     In addition, GAGE instructed the minor victim how he would like her to dress:

| 5/25/2013 17:48:41 | Victim | I dont have any white undershirts to put under my buttonup |
| 5/25/2013 17:50:14 | 5082164720 | Ok<br>Just wear a real tight thin tshirt<br>The lighter the color the better<br>I want to see your nipples through your shirt it why |
| 5/25/2013 17:51:06 | Victim | Ok, i'll see if i have one<br>You still want me to wear the buttonup though right? |
| 5/25/2013 17:52:28 | 5082164720 | Yea |
| 5/25/2013 17:52:52 | Victim | Ok, i found a white tank, i think it's good |
| 5/25/2013 17:52:57 | 5082164720 | Did you ever think you're going to meet up with an older man to dominate you |
| 5/25/2013 17:54:29 | 5082164720 | Hott<br>I cant wait |

18.     At approximately 8:57 pm on May 25, 2013, GAGE texted the victim and told her that he would not be able to come that night because he had to babysit one of his nephews due to a family emergency that evening.

19.     On May 26, 2013, GAGE contacted the victim and the two talk via text message over the course of the day. GAGE told the victim he definitely wanted to meet that night and then sent the following text:

| 5/26/2013 18:58:57 | 5082164720 | Hott<br>Give us a lot of time<br>Lots of time for me to force you, dominate you, then make you cum and cum<br>Then cuddle and kiss |

20.    GAGE then continued texting with the minor victim, describing exactly what he would like to do to the minor victim sexually, including oral sex, as well as digital and vaginal penetration.

21.    A short time later GAGE asked the victim if she had other pictures that he has not seen yet.  The minor victim replied that she does but when GAGE asked her to "send those again" the victim refused because she did not want to log on to her Skype account as many people would want to talk to her if she did.  The following exchange then took place:

| 5/26/2013 19:35:39 | 5082164720 | Ok<br>Nevermind<br>Ill tale pics tonight<br>:) |
|---|---|---|
| 5/26/2013 19:36:15 | Victim | If you take pics, you cant put them on anything or show anyone, ok? |
| 5/26/2013 19:37:23 | 5082164720 | I know im not dumb<br>Ill get in trouble |

22.    Sometime later, GAGE texted the victim telling her that he was on [route] I-495.  Approximately 9 minutes later GAGE and the victim exchanged the following text messages:

| 5/26/2013 22:29:24 | 5082164720 | Remember what you're going to say right |
|---|---|---|
| 5/26/2013 22:30:01 | Victim | Imma runaway and need a ride<br>Then i beg you and say ill do anything you want |
| 5/26/2013 22:30:50 | 5082164720 | :) |
| 5/26/2013 22:31:09 | Victim | :) |
| 5/26/2013 22:36:33 | 5082164720 | Okay start walking |
| 5/26/2013 22:36:44 | Victim | Ok |
| 5/26/2013 22:39:15 | Victim | Ok |
| 5/26/2013 22:39:28 | Victim | Ive never snuck out b4 |

23.    On May 27, 2013, the following morning, GAGE texted the victim.  The following is a sample of the SMS text messages between the victim and GAGE:

| 5/27/2013 10:26:24 | Victim | Sorry i couldnt do anal |
| 5/27/2013 10:28:28 | 5082164720 | Its ok<br>:)<br>Some like it, some dont,<br>Maybe in time |
| 5/27/2013 10:29:03 | Victim | Maybe, it just hurt when you were putting it in |
| 5/27/2013 10:31:44 | 5082164720 | You have to be relaxed<br>And I didnt use lube<br>And possibly more alcohol:) |
| 5/27/2013 10:33:12 | Victim | Lol, the beer tasted bad, haha<br>We could try lube next time |
| 5/27/2013 10:42:46 | 5082164720 | Next time ill get you yummy fruity alcohol Wish you could sneak out all night id take you somewhere real nice |

24. That conversation ended with the following exchange:

| 5/27/2013 17:16:31 | 5082164720 | Yea the whole night was so fun<br>I like you a lot |
| 5/27/2013 17:17:08 | Victim | I like you a lot too<br>Cuddling, kissing, sex, it was all great |

25. On May 30, 2013, GAGE and the victim exchanged text messages. That afternoon GAGE sent the following text message to the victim:

| 5/30/2013 17:05:01 | 5082164720 | Did u ever think you would be a submissive little 14 year old sex slave for an older man? |

26. On June 3, 2013, Gage and the victim exchanged text messages. The following is a sample of the SMS text messages between the victim and GAGE:

| 6/3/2013 17:29:38 | Victim | Haha, cool<br>When you fingered me, that felt really good too |
| 6/3/2013 17:30:49 | 5082164720 | Ok<br>Good I like to finger you |
| 6/3/2013 17:30:53 | 5082164720 | We going to try anal next time |
| 6/3/2013 17:49:01 | Victim | Ok, but bring lube and more alchohol, hahaha, and do it easy and slow please |
| 6/3/2013 17:50:23 | 5082164720 | Ok hunny I will |

| 6/3/2013 17:51:04 | Victim | I just dont want to hurt anymore |
| --- | --- | --- |
| 6/3/2013 17:51:56 | 5082164720 | Ok<br>I'll make it good for you |

27. On June 8, 2013, Gage and the victim exchanged text messages. The following is a sample of the SMS text messages between the victim and GAGE:

| 6/8/2013 09:12:22 | 5082164720 | Yeah baby I want to get you real drunk take it to a hotel |
| --- | --- | --- |
| 6/8/2013 09:12:22 | 5082164720 | I want to eat your p**** for hours |
| 6/8/2013 09:14:17 | Victim | Mmmm, yeah, get ne drunk, do whatever you want to me, it'll be fantastic |
| 6/8/2013 09:16:46 | 5082164720 | Yeah baby I can't wait to see you |
| 6/8/2013 09:17:49 | Victim | I cant wait to see you either, it has has has to be soon<br>Tell me exactly what you wanna do? |
| 6/8/2013 09:20:02 | 5082164720 | What to get to the hotel I'm going to make you wear something real sexy I'm gonna ask you dirty questions while I video recorded as we drink |
| 6/8/2013 09:20:39 | 5082164720 | The drunker you get the dirtier the questions I ask and the Naughtier the positions I make you pose in |
| 6/8/2013 09:20:54 | 5082164720 | At this point you're real turned on you're starting to rub your p**** |
| 6/8/2013 09:21:18 | 5082164720 | And you see that I'm rubbing my dick |
| 6/8/2013 09:21:52 | 5082164720 | That's when I grab your head and f*** your mouth |
| 6/8/2013 09:21:53 | 5082164720 | You get on your knees and you tell me you need to suck dick |

28. On June 9, 2013, Gage and the minor victim exchanged text messages. They talked about trying to meet that day to have sex and GAGE asked the minor victim what she will be wearing. At approximately 11:29 am GAGE sent the following text message to the minor victim:

| 6/9/2013 11:29:21 | 5082164720 | Nice I'm going to take a lot of pictures of you sucking my dick |
| --- | --- | --- |

29. Later that afternoon GAGE and the minor victim discussed exactly where in the woods they are going to meet and GAGE gave her directions to his location. The minor

victim sent a text message to GAGE at approximately 1:12 pm saying that she had passed the gate near to where GAGE was located.

30.     Approximately 19 minutes later the victim sent GAGE a text message:

|                   |            |                                                                    |
|-------------------|------------|--------------------------------------------------------------------|
| 6/9/2013 13:21:20 | Victim     | Lol, i think u were paranoid, cuz really no one was there          |
| 6/9/2013 13:22:29 | 5082164720 | I know so I just I couldn't relax                                  |
| 6/9/2013 13:22:30 | 5082164720 | I just like you a lot and don't want to get in trouble             |

31.     During the afternoon of June 9th, GAGE text messaged the minor victim at approximately 5:00 pm.  The following is a sample of the SMS text messages between the minor victim and GAGE:

| 6/9/2013 17:25:31 | 5082164720 | Hi                                                                                                                                                     |
|-------------------|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------|
| 6/9/2013 17:25:57 | Victim     | Heeey                                                                                                                                                  |
| 6/9/2013 17:27:21 | 5082164720 | Felt so good  touching  you and kissing you                                                                                                            |
| 6/9/2013 17:28:34 | Victim     | It did, i agree, i love it when you finger and lick me<br>Cant wait till next time, im just hoping i dont get on my period next week if we meet up    |
| 6/9/2013 17:30:43 | 5082164720 | are you supposed to get it?                                                                                                                            |
| 6/9/2013 17:31:31 | Victim     | Yeah, i usually get it around this time, im hoping it starts at the beginning of the week and end by the weekend                                      |
| 6/9/2013 17:35:22 | 5082164720 | What did you think about drinking my c**                                                                                                               |
| 6/9/2013 17:36:40 | Victim     | It tasted kinda bitter and the taste was in my throat, lol, that's why i drank                                                                         |
| 6/9/2013 17:38:34 | 5082164720 | Did you get turned on                                                                                                                                  |
| 6/9/2013 17:39:02 | 5082164720 | From the whole scene                                                                                                                                   |
| 6/9/2013 17:39:03 | Victim     | Not really from that, but yes from sucking you                                                                                                         |
| 6/9/2013 17:41:30 | 5082164720 | Did you like me making a dirty video of you                                                                                                            |
| 6/9/2013 17:42:08 | Victim     | I kinda liked the video<br>But i was most turned on from being liked and fingered                                                                      |
| 6/9/2013 17:43:00 | 5082164720 | Did you like being recorded as you were sucking dick                                                                                                   |

| 6/9/2013 17:46:39 | Victim | I think kinda yeah |
| 6/9/2013 17:48:04 | 5082164720 | The next time I record you were going to have a well planned out |
| 6/9/2013 17:48:16 | 5082164720 | That was kind of random |

32.     On June 23, 2013, GAGE text messaged the minor victim. The following is a sample of the SMS text messages between the minor victim and GAGE:

| 6/23/2013 12:17:15 | Victim | Ok, thanx<br>Cool |
| 6/23/2013 12:17:39 | 5082164720 | Are you ready to get raped in your ass |
| 6/23/2013 12:17:59 | Victim | Yes, i am |
| 6/23/2013 12:18:42 | 5082164720 | I'm going to slap you and choke you too |
| 6/23/2013 12:19:18 | Victim | Yes, i would want to feel that |
| 6/23/2013 12:22:30 | 5082164720 | What I want to f*** you with no condom |
| 6/23/2013 12:23:50 | Victim | Condom, always |
| 6/23/2013 12:24:12 | 5082164720 | Ok |
| 6/23/2013 12:24:29 | Victim | Dont need a kid |
| 6/23/2013 12:25:58 | 5082164720 | I'm not going to wear one when I rape you in your ass |
| 6/23/2013 12:26:12 | 5082164720 | You can not get pregnant that way |
| 6/23/2013 12:26:23 | Victim | Cant get pregnant in the butt |
| 6/23/2013 12:29:51 | Victim | Im watering the garden right now |
| 6/23/2013 12:31:46 | 5082164720 | Is your p**** wet thinking about this |
| 6/23/2013 12:35:52 | 5082164720 | Start walking I'm here |
| 6/23/2013 12:38:58 | Victim | You gotta wait for a few minutes<br>My mum making me water the plants |

33.     Following the above exchange, GAGE and the minor victim continued to text message each other ending at approximately 12:57 pm when the victim sent a text to GAGE saying that she was walking in.

34.     Approximately 34 minutes later GAGE text messaged the minor victim. The following is a sample of the SMS text messages between the minor victim and GAGE:

| 6/23/2013 13:31:40 | 5082164720 | Did you make it home okay |
| 6/23/2013 13:32:28 | Victim | Of course, it's like 5 minutes away and no cars are on this road basically |
| 6/23/2013 13:33:27 | 5082164720 | Okay honey |
| 6/23/2013 13:33:30 | Victim | But my mum's wondering why im home so early |
| 6/23/2013 13:33:32 | 5082164720 | Make sure you delete all my messages today |

| | | |
|---|---|---|
| 6/23/2013 13:33:49 | Victim | I will |
| 6/23/2013 13:34:29 | 5082164720 | Tell her it was way too buggy |
| 6/23/2013 13:34:45 | 5082164720 | Too many mosquitoes |
| 6/23/2013 13:38:34 | Victim | That wouldnt be a lie, i got two mosquito bites |
| 6/23/2013 13:39:19 | Victim | My butt hole is real tender |
| 6/23/2013 13:39:23 | 5082164720 | I know I got 3 |
| 6/23/2013 13:39:38 | 5082164720 | How do you feel |
| 6/23/2013 13:41:07 | Victim | My mum had forgot to tell me to bring bug spray she claims |
| 6/23/2013 13:41:22 | 5082164720 | You did real good for your first time |
| 6/23/2013 13:41:28 | 5082164720 | That wasn't that bad right |
| 6/23/2013 13:42:19 | Victim | It hurt and lot when we did doggy, but it was better in missionary<br>But my butthole really hurts |
| 6/23/2013 13:43:33 | 5082164720 | Go to the bathroom and clean real good so my c** doesn't get into your p**** |

35.     Approximately 15 minutes after the above exchange, GAGE sent the following text message to the minor victim:

| | | |
|---|---|---|
| 6/23/2013 14:00:44 | 5082164720 | Ok<br>Make sure u delete all messages<br>  Delete all messages and history on skype too<br>And change my name on skype too<br>  Did u change my name in your cell phone yet? |

36.     The minor victim responded that she will and asked GAGE how to change a contact's name on Skype as she does not know. GAGE responded that he will tell her as soon as he figures out how to do it.

37.     On June 26, 2013, GAGE and the minor victim again exchanged text messages. The following is a sample of the SMS text messages between the minor victim and GAGE:

| | | |
|---|---|---|
| 6/26/2013 15:56:42 | 5082164720 | To so many things I'm going to do to you and teach you |
| 6/26/2013 15:57:20 | 5082164720 | *there's |
| 6/26/2013 15:57:23 | Victim | I want you to do a lot to me |
| 6/26/2013 15:57:44 | Victim | How much more is there to learn and do |
| 6/26/2013 16:00:28 | 5082164720 | We just started |

| 6/26/2013 16:00:56 | Victim | Really? So there's a lot more? |
| --- | --- | --- |
| 6/26/2013 16:02:40 | 5082164720 | Baby there is a ton more of dirty naughty things I'm going to make you do |
| 6/26/2013 16:03:12 | Victim | Can you name some? That we havent done? |
| 6/26/2013 16:05:26 | 5082164720 | I'm going to tie you up and dominate you |
| 6/26/2013 16:05:40 | 5082164720 | I'm going to use a huge dildo in your p**** and ass |
| 6/26/2013 16:06:01 | 5082164720 | I'm going to give you a golden shower |
| 6/26/2013 16:06:17 | 5082164720 | I'm going to use a huge dildo one in your p**** and one in your ass at the same time |
| 6/26/2013 16:07:03 | 5082164720 | I'm going to c** on your face and record in interview of you with c** on your face the whole time |
| 6/26/2013 16:07:19 | 5082164720 | There's so many more things I'm gonna do to you |
| 6/26/2013 16:12:02 | 5082164720 | You were older I would set up so that you would have to suck the dick of three or four guys |
| 6/26/2013 16:16:31 | 5082164720 | Have you ever thought about a group of men dominating you |
| 6/26/2013 16:18:48 | Victim | I have thought of it, but not fantasized exactly |
| 6/26/2013 16:19:47 | 5082164720 | I think that would be sexy if you were forced sucking dicks of the group of guys |
| 6/26/2013 16:20:16 | Victim | Yeah, but who would they be |
| 6/26/2013 16:21:14 | 5082164720 | I'll think about that maybe I can set that up and record it |
| 6/26/2013 16:21:28 | 5082164720 | I'd like to see all those guys c** all over your face |
| 6/26/2013 16:22:32 | Victim | Yeah, you can record it, but you gotta know who would do it, like, cant be total strangers How many we talking? |
| 6/26/2013 16:24:55 | 5082164720 | I'm thinking six seven or eight we can all take turns f****** you dominating you cumming in your face and fucking your ass |
| 6/26/2013 16:26:16 | Victim | That sounds sexy and hot Do you have any idea who theyd be? |
| 6/26/2013 16:27:18 | 5082164720 | Yeah I do I have a pretty good idea I would love to see that do that You would be covered in cum |

| 6/26/2013 16:28:20 | Victim | Yeah, thatd be cool<br>They gonna be like colleagues or friends of yours? |
| --- | --- | --- |
| 6/26/2013 16:30:39 | 5082164720 | They are |
| 6/26/2013 16:31:55 | Victim | Yeah, thatd be really cool, turns me on<br>But you havent answered my question bout who they gonna be |
| 6/26/2013 16:34:10 | Victim | Hot, i think id like all that |
| 6/26/2013 16:35:18 | 5082164720 | It would be guys I know through work and Friends |
| 6/26/2013 16:35:20 | Victim | Who? |
| 6/26/2013 16:35:50 | Victim | Who? |
| 6/26/2013 16:36:22 | 5082164720 | Guys that I know from the gym and from construction sites |

38.    The minor victim asked several questions about what GAGE wanted to do and GAGE then sent the following text messages to the minor victim:

| 6/26/2013 16:49:10 | 5082164720 | They will all be good looking with big dicks |
| --- | --- | --- |
| 6/26/2013 16:50:14 | Victim | Haha, cool<br>Im wondering how youd ask<br>"Hey, smith, wanna fuck a 14 year old?"<br>You dont think any would rad on us, do you? |
| 6/26/2013 16:51:14 | 5082164720 | I'll figure it out so no one gets in trouble |
| 6/26/2013 16:51:27 | 5082164720 | How much is this turning you on |

39.    Later that evening, GAGE again brought up the idea of having multiple men have sex with the minor victim. The following is a sample of the SMS text messages between the minor victim and GAGE on June 26, 2013:

| 6/26/2013 19:39:04 | 5082164720 | The thought of you getting gang f***** buy a bunch of guys in all your holes really turns me on and taking loads of c** |
| --- | --- | --- |
| 6/26/2013 19:42:12 | Victim | Thats a turnon too<br>Btw<br>How did i sound on sunday? When you did me in the butt |
| 6/26/2013 19:43:01 | 5082164720 | It sounded sexy hearing you in pain I kind of wish you cried |

| 6/26/2013 19:44:11 | Victim | I guess it's cuz i dont really cry a lot<br>Its kinda hard to since i usually just cry when im sad |
| 6/26/2013 19:45:22 | 5082164720 | Okay but it was sexy hearing you whimper and scream |
| 6/26/2013 19:46:19 | Victim | Yeah, it hurt a lot, that was involuntary |
| 6/26/2013 19:49:44 | 5082164720 | I want to make a really hurt when I use a huge dildo deep in your ass and deep in your p**** I want to stretch you out |

40. On June 27, 2013, GAGE and the minor victim exchanged text messages. During their conversation, GAGE told the minor victim how he wanted to urinate on her. The minor victim asked GAGE when he wanted to meet next and the following text messages were sent:

| 6/27/2013 19:12:13 | 5082164720 | This weekend |
| 6/27/2013 19:13:49 | Victim | Ok, id like that<br>Im not allowed to go to redmill anymore incare u didnt get the text |
| 6/27/2013 19:15:12 | 5082164720 | No I didn't get that why are you allowed |
| 6/27/2013 19:16:03 | Victim | My mum's afraid of rapist and kidnappers might snatch me up when im walking alone in the woods |
| 6/27/2013 19:17:08 | 5082164720 | Hott<br>That's me<br>:) |
| 6/27/2013 19:20:00 | Victim | U have no idea how much i was thinking that, lol lol |

41. Several minutes later the following text message exchange took place between the two:

| 6/27/2013 19:24:24 | Victim | I sent you a messge :) haha |
| 6/27/2013 19:30:59 | 5082164720 | To where |
| 6/27/2013 19:31:33 | Victim | To Keith Gage on FB<br>Right? |

42. On July 1, 2013, GAGE text messaged the minor victim. The following is a sample of the text message conversation:

| 7/1/2013 08:06:33 | 5082164720 | (1/2) Yes<br>I had a very bad scare...<br>I thought we were caught, like as in your parents found out and called police on me. So whenever you texted me I though |
| --- | --- | --- |
| 7/1/2013 08:06:34 | 5082164720 | (2/2) t you were the cops posing as you |
| 7/1/2013 08:08:20 | 5082164720 | I thought I was going to jail |
| 7/1/2013 08:08:43 | 5082164720 | I got a random call.<br>Someone asking me foe [minor victim]. . She was older so I though she was your mom I was scared SHITLESS |
| 7/1/2013 08:19:51 | Victim | So are you gonna talk back or should i go bacl to sleep |
| 7/1/2013 10:34:57 | 5082164720 | Sorry I'm at work<br>I think it was a random wrong number asking for (victim) or if I knew (victim)...<br>Im still scared shitless |

43.   On August 2, 2013, GAGE and the minor victim exchanged text messages.  The following is a sample of the text message conversation between the two:

| 8/2/2013 19:15:32 | 5082164720 | You understand you gonna be my submissive sex slave right? |
| --- | --- | --- |
| 8/2/2013 19:16:18 | Victim | Yes, i get it |
| 8/2/2013 19:26:52 | 5082164720 | You ready to be my 14 year old sex slave? |
| 8/2/2013 19:27:21 | Victim | I do believe that i really am |
| 8/2/2013 19:37:44 | 5082164720 | Your my 14 yr old obedient cumwhore sexslave |
| 8/2/2013 19:38:27 | Victim | Yes, i am<br>I am ur 14 yo cumwhore sexslave |

44.   The minor victim has since explained to law enforcement officers that during the course of her interactions with GAGE, she engaged in sexual intercourse with him on more than one occasion.  She also told law enforcement officers that during one meeting with GAGE, when GAGE believed that she had told someone about their sexual interactions, GAGE slapped her in the face and became angry with her.

## VERIFICATION OF SUSPECT PHONE

45.     The investigation has revealed that the telephone number of (508) 216-4720 is an active Sprint wireless number associated with an account established on May 15, 2013. The following are the relevant account details:

>    Account Billing Address(es):
>    Effective: 7/9/2013
>    KEITH GAGE
>    [RESIDENTIAL STREET ADDRESS]
>    MIDDLEBORO, MA 02346
>
>    Effective: 5/29/2013
>    KEITH GAGE
>    [RESIDENTIAL STREET ADDRESS]
>    ATTLEBORO, MA 02703
>
>    Effective: 5/15/2013
>    KEITH GAGE
>    [RESIDENTIAL STREET ADDRESS]
>    MIDDLEBORO, MA 02346

## REVIEW OF VICTIMS TEENSPOT ACCOUNT

46.     On or about August 24, 2013, law enforcement officers received consent from a parent of the minor victim and the minor victim to review and take over the minor victim's "Teenspot" account.  The minor victim provided law enforcement her "Teenspot" user name and password.  The minor victim stated her profile contained her actual age, and included a picture of her.

47.     Law enforcement officers reviewed the minor victim's Teenspot account.  The section entitled "About Me" contained the following information posted by the minor victim:  "Hey, I'm 14 years old, looking for new friends, I'm into math, and hanging, so hope to talk to you soon :)"

## VERIFICATION OF TARGET

48.     Further investigation into the email address of keithgage530@msn.com yielded the following information:

>    Login:         keithgage530@msn.com
>    First Name:    keith
>    Last Name:     gage
>    State:         Massachusetts
>    Zip:           02767

49.     Also included was an IP login history detailing the following dates and IPs from which the email account was accessed:

| | | |
|---|---|---|
| 9/2/2013 | 11:41:36 AM | 66.31.147.140 |
| 9/4/2013 | 5:24:20 PM | 66.31.147.140 |
| 9/5/2013 | 7:41:46 PM | 66.31.147.140 |

50.     A query of IP address 66.31.147.140 using publicly available Internet search tools identified the IP address as registered to Comcast Cable Communications Holdings, Inc. In addition, the customer who was assigned the above mentioned IP address at the times listed was:

> Heather Gage
> [SAME RESIDENTIAL ADDRESS IN MIDDLEBORO AS KEITH GAGE]
> Middleborough, MA 02346

The investigation has revealed that Heather Gage is GAGE's sister.

51.     The undersigned affiant is aware that GAGE was arrested pursuant to a state arrest warrant on September 9, 2013. Upon his arrest, GAGE's cellular telephones were seized by police and secured as evidence. Pursuant to a state search warrant, law enforcement conducted an initial review of GAGE's cellular telephones. The minor victim's contact information was stored in one of GAGE's cellular telephones, including her wireless telephone number.

## CONCLUSION

52.     Based upon the described information above, I submit there is probable cause to conclude that between on or about May, 2013, through on or about August, 2013, KEITH GAGE did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempt to do so, in violation of 18 U.S.C. § 2422(b).

_____
Michael J. Connelly
United States Postal Inspector

Sworn and subscribed before me on the __24__ day of September 2013

_____
LEO T. SOROKIN
Chief Magistrate Judge